Partridge *v.* Partridge.

FANNY A. PARTRIDGE, appellant,

*v.*

GEORGE PARTRIDGE et al., respondents.

On appeal from an order advised by Vice-Chancellor Van Fleet, whose opinion is reported in *1 Dick. Ch. Rep. 434.*

*Mr. Louis Hood,* for the appellant.

*Mr. Theodore Runyon,* for the respondents.

PER CURIAM.

The order below is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, SMITH, WHITAKER—11.

*For reversal*—None.